IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mason, Roberta LJ

Printed: 9/25/07

Case Number: 06 B 09504
Judge: Goldgar, A. Benjamin
Filed: 8/5/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 18, 2007
Confirmed: October 31, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,314.90 |  |
| Secured: |  | 520.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,874.00 |
| Trustee Fee: |  | 181.94 |
| Other Funds: |  | 738.96 |
| Totals: | 4,314.90 | 4,314.90 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,874.00 | 2,874.00 |
| 2. | Dovenmuehle Mortgage | Secured | 0.00 | 0.00 |
| 3. | Lighthouse Financial Group | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 863.09 | 300.00 |
| 5. | Monterey Financial Services | Secured | 535.92 | 220.00 |
| 6. | Dovenmuehle Mortgage | Secured | 8,426.61 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 294.00 | 0.00 |
| 8. | Monterey Financial Services | Unsecured | 33.46 | 0.00 |
| 9. | Paragon Way Inc | Unsecured | 44.50 | 0.00 |
| 10. | ER Solutions | Unsecured | 121.22 | 0.00 |
| 11. | Midwest Title | Unsecured | 86.28 | 0.00 |
| 12. | Educational Credit Management Corp | Unsecured | 607.51 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 119.65 | 0.00 |
| 14. | Premier Bankcard | Unsecured | 43.10 | 0.00 |
| 15. | USA Payday Loans | Unsecured |  | No Claim Filed |
| 16. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 17. | CMI | Unsecured |  | No Claim Filed |
| 18. | Drive Financial Services | Unsecured |  | No Claim Filed |
| 19. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 20. | Encore | Unsecured |  | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 22. | Wexler & Wexler | Unsecured |  | No Claim Filed |
| 23. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 24. | Tribute | Unsecured |  | No Claim Filed |
| 25. | Marauder Corporation | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mason, Roberta LJ

Printed:  9/25/07

Case Number:  06 B 09504
Judge:  Goldgar, A. Benjamin
Filed:  8/5/06

| 26. | Riscuity | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| | | | _____ | _____ |
| | | | $ 14,049.34 | $ 3,394.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 89.27 |
| 5.4% | 92.67 |
| | _____ |
| | $ 181.94 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ _____