IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mason, George A

Printed: 5/20/08

Case Number: 06 B 09504
Judge: Goldgar, A. Benjamin
Filed: 8/5/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 18, 2008
Confirmed: October 31, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,314.90 |  |
| Secured: |  | 790.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,149.00 |
| Trustee Fee: |  | 213.06 |
| Other Funds: |  | 162.84 |
| Totals: | 4,314.90 | 4,314.90 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,874.00 | 2,874.00 |
| 2. | Robert J Semrad & Associates | Administrative | 275.00 | 275.00 |
| 3. | Dovenmuehle Mortgage | Secured | 0.00 | 0.00 |
| 4. | Lighthouse Financial Group | Secured | 0.00 | 0.00 |
| 5. | Monterey Financial Services | Secured | 546.29 | 340.00 |
| 6. | Monterey Financial Services | Secured | 883.09 | 450.00 |
| 7. | Dovenmuehle Mortgage | Secured | 8,426.61 | 0.00 |
| 8. | Monterey Financial Services | Unsecured | 33.46 | 0.00 |
| 9. | Paragon Way Inc | Unsecured | 44.50 | 0.00 |
| 10. | Educational Credit Management Corp | Unsecured | 607.51 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 43.10 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 119.65 | 0.00 |
| 13. | Midwest Title | Unsecured | 86.28 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 294.00 | 0.00 |
| 15. | ER Solutions | Unsecured | 121.22 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 17. | Encore | Unsecured |  | No Claim Filed |
| 18. | CMI | Unsecured |  | No Claim Filed |
| 19. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 20. | Drive Financial Services | Unsecured |  | No Claim Filed |
| 21. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 22. | Marauder Corporation | Unsecured |  | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 24. | Tribute | Unsecured |  | No Claim Filed |
| 25. | Wexler & Wexler | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mason, George A | Case Number:  06 B 09504 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  5/20/08 | Filed:  8/5/06 |

| | | | |
|---|---|---|---|
| 26.  USA Payday Loans | Unsecured | | No Claim Filed |
| 27.  Riscuity | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 14,354.71 | $ 3,939.00 |

<u>TRUSTEE FEE DETAIL</u>

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 89.27 |
| 5.4% | 123.79 |
| | _____ |
| | $ 213.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____